UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-10068-RWZ |
| | ) | |
| RONALD EVANO | ) | |
| | ) | |

ORDER

ZOBEL, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Ronald Evano to St. Paul Fire and Marine Insurance as part of the sentence imposed October 4, 2007, shall be paid instead to Travelers Insurance.

Dated: May 8, 2008

_____
Rya W. Zobel, U.S.D.J.